IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Watkins, Duvon

Printed: 12/10/08

Case Number: 08 B 17143
Judge: Hollis, Pamela S
Filed: 7/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 27, 2008
Confirmed: September 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Sterling Inc | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 580.00 | 0.00 |
| 5. | Washington Mutual | Secured | 3,863.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 1,553.03 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,493.22 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 645.10 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 50.34 | 0.00 |
| 10. | HomeComings Financial Network | Secured |  | No Claim Filed |
| 11. | Washington Mutual | Secured |  | No Claim Filed |
| 12. | Charter One Bank | Unsecured |  | No Claim Filed |
| 13. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | Illinois Water | Unsecured |  | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,498.69 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Watkins, Duvon | Case Number: 08 B 17143 |
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 7/2/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

